IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                           CR NO. 1:03-10106-05-T

CYNTHIA ALDRIDGE

### ORDER TO SURRENDER

Defendant, Cynthia Aldridge, #19901-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to: FCI Greenville SCP, P. O. Box 4000/100 U.S. Route 40, Greenville, IL 62246 - (Telephone #681-664-6200) no later than 12:00 Noon on Tuesday, May 31, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 12 May 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____        _____
Date                                Defendant Signature

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __05-13-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 191 in case 1:03-CR-10106 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Bob C. Hooper
LAW OFFICES OF DAVID CAMP, PLLC
250 N. Parkway
Ste. 29
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT