IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          Case No. 1:03-10106-05-T

CYNTHIA ALDRIDGE

    Defendant.

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond ( receipt #j27700 for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $1000.00, payable to: Douglas Johnson II, 6260 Glendale Road, Henderson, Tennessee, 38342; in full refund of the cash appearance bond posted herein.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 6 June 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCP on 06-06-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 199 in case 1:03-CR-10106 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Bob C. Hooper
LAW OFFICES OF DAVID CAMP, PLLC
250 N. Parkway
Ste. 29
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT